1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUHEED CARR,<br><br>    Petitioner,<br><br>  v.<br><br>THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 13-5582 PSG(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED:   December 3, 2013

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE